Sub-D

FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   Case No. 08-1715M
                                  )
            Plaintiff,            )   ORDER OF PRETRIAL DETENTION
                                  )   AFTER HEARING
      v.                          )   (18 U.S.C. § 3142(i))
                                  )
Jesus Buzo-Zepeda,                )
                                  )
            Defendant.            )
_____)

I.

A.    ( ) Upon motion of the Government in a case that involves:

      1.    ( ) a crime of violence or an offense listed in
            18 U.S.C. § 2332b(g)(5)(B), for which a
            maximum term of imprisonment of ten (10)
            years or more is prescribed; or

      2.    ( ) an offense for which the maximum sentence is
            life imprisonment or death; or

      3.    ( ) an offense for which a maximum term of
            imprisonment of ten (10) years or more is
            prescribed in the Controlled Substances Act,
            Controlled Substances Import and Export Act
            or Maritime Drug Law Enforcement Act; or

```
 1          4.  ( ) any felony if defendant has been convicted of
 2                  two or more offenses described in
 3                  subparagraphs 1-3 above, or two or more state
 4                  or local offenses that would have been
 5                  offenses described in subparagraphs 1-3 above
 6                  if a circumstance giving rise to federal
 7                  jurisdiction had existed, or a combination of
 8                  such offenses.
 9          5.  ( ) any felony that is not otherwise a crime of
10                  violence that involves a minor victim, or
11                  possession or use of a firearm or destructive
12                  device or any other dangerous weapon, or a
13                  failure to register under 18 U.S.C. § 2250.
14     B.  Upon motion (✓) of by the Government ( ) of the Court sua
15         sponte, in a case that involves:
16          1.  (✓) a serious risk that defendant will flee;
17          2.  ( ) a serious risk that defendant will
18              a.  ( ) obstruct or attempt to obstruct justice;
19                  or
20              b.  ( ) threaten, injure, or intimidate a
21                      prospective witness or juror or attempt
22                      to do so.
23     C.  The Government ( ) is (✓) is not entitled to a rebuttable
24  presumption that no condition or combination of conditions will
25  reasonably assure defendant's appearance as required and the safety of
26  any person or the community.
27
28
```

```
 1                                   II.
 2      A.  (✓)    The Court finds by a preponderance of the evidence
 3                 that no condition or combination of conditions
 4                 will reasonably assure the appearance of defendant
 5                 as required;
 6      B.  (✓)    The Court finds by clear and convincing evidence
 7                 that no condition or combination of conditions
 8                 will reasonably assure the safety of any other
 9                 person and the community.
10
11                                   III.
12      The Court has considered:
13      A.  (✓)    the nature and circumstances of the offense(s) charged;
14      B.  (✓)    the weight of the evidence against defendant;
15      C.  (✓)    the history and characteristics of defendant;
16      D.  (✓)    the nature and seriousness of the danger to any person
17                 or the community that would be posed by defendant's
18                 release;
19      E.  (✓)    the Pretrial Services Report/Recommendation;
20      F.  (✓)    the evidence proffered/presented at the hearing;
21      G.  (✓)    the arguments of counsel.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
```

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons and the community based on: _defendants'_ _criminal history_ _____

B. (✓) Defendant poses a serious flight risk based on: _lack of known personal information, immigration status; multiple aliases & dates of birth_

C. ( ) A serious risk exists that defendant will:
    1. ( ) obstruct or attempt to obstruct justice;
    2. ( ) threaten, injure or intimidate a prospective witness or juror or attempt to do so;

based on: _____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

and/or

|   |   |
|---|---|
| 1 | ( ) Defendant has not rebutted by sufficient evidence to |
| 2 | the contrary the presumption provided in 18 U.S.C. |
| 3 | § 3142(e) that no condition or combination of |
| 4 | conditions will reasonably assure the appearance of |
| 5 | defendant as required. |
| 6 | IT IS ORDERED that defendant be detained prior to trial. |
| 7 | IT IS FURTHER ORDERED that defendant be committed to the custody |
| 8 | of the Attorney General for confinement to a corrections facility |
| 9 | separate, to the extent practicable, from persons awaiting or serving |
| 10 | sentences or persons held in custody pending appeal. |
| 11 | IT IS FURTHER ORDERED that defendant be afforded reasonable |
| 12 | opportunity for private consultation with defendant's counsel. |
| 13 | IT IS FURTHER ORDERED that, on Order of a Court of the United |
| 14 | States or on request of an attorney for the Government, the person in |
| 15 | charge of the corrections facility in which defendant is confined |
| 16 | deliver defendant to a United States Marshal for the purpose of an |
| 17 | appearance in connection with a court proceeding. |
| 18 | DATED:    11/19/08 |
| 19 |   |
| 20 |   |
| 21 | HONORABLE JACQUELINE CHOOLJIAN<br>United States Magistrate Judge |